## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MARK EDWARD VANZANT
ADC # 137057                                                    PETITIONER

v.                                   No. 5:13-cv-307-DPM-HDY

RAY HOBBS                                                       RESPONDENT

### ORDER

The Court has considered Magistrate Judge H. David Young's findings and recommendations, № 13, and Vanzant's responses, № 14 & 15, which the Court construes as his objections. On *de novo* review, the Court adopts Judge Young's recommendation. FED. R. CIV. P. 72(b)(3). Vanzant's petition for writ of habeas corpus is dismissed without prejudice. His motion for additional time to seek pre-authorization from the Court of Appeals, № 15, is denied. Vanzant needs that Court's blessing *before* filing with this Court. 28 U.S.C. § 2244(b)(3)(A). And should he receive permission, he can always refile his petition. A certificate of appealability will not issue because Vanzant has not made a substantial showing of the violation of any right.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*13 December 2013*