IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK EDWARD VANZANT
ADC # 137057                                                                PETITIONER

v.                          No. 5:13-cv-307-DPM

RAY HOBBS                                                                   RESPONDENT

JUDGMENT

Vanzant's petition for writ of habeas corpus is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 December 2013